PROB 22 (Rev. 1)

| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Transferring Court)* <br> 1:17-cr-02-01 |
|---|---|
| | DOCKET NUMBER *(Receiving Court)* <br> 3:17-00197 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE <br><br> Eduardo Pardo-Oiz | DISTRICT <br><br> WESTERN DISTRICT OF MICHIGAN | DIVISION <br><br> SOUTHERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br><br> THE HONORABLE PAUL L. MALONEY | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM <br> 7/28/2017 | TO <br> 7/27/2018 |

OFFENSE
18 U.S.C. § 4
Misprision of a Felony

---

**PART 1- ORDER TRANFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above be transferred with the records of this Court to the United States District Court for the **MIDDLE DISTRICT OF TENNESSEE** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| October 16, 2017 | /s/ Paul L. Maloney |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 10-19-17 | [signature] |
|---|---|
| Effective Date | United States District Judge |